Nicholas PARI, Andrew Merola

v.

John MORAN, Director, Department of Corrections.

No. 81–310–M.P.

Supreme Court of Rhode Island.

Aug. 27, 1982.

Charles J. Rogers, Jr., Harris L. Berson, William A. Dimitri, Jr., Providence, for petitioners.

Dennis J. Roberts II, Atty. Gen., Alyssa L. Talanker, Sp. Asst. Atty. Gen., for respondent.

ORDER

Petitions for Writ of Habeas Corpus are denied without prejudice.

Alfred ROSSI

v.

John MORAN and the Superior Court of the State of Rhode Island.

No. 81–292–M.P.

Supreme Court of Rhode Island.

Aug. 27, 1982.

John F. Cicilline, Providence, for petitioner.

ORDER

Petition for Writ of Habeas Corpus is denied without prejudice.

James M. SISSON d/b/a Watch Hill Bath Houses

v.

Glenn J. MILLER, Alias John Doe, Individually and in his capacity as Town Manager of the Town of Westerly, Joseph Brancato, Alias Richard Roe, Individually and in his capacity as Public Works Director of the Town of Westerly, Anthony Chiaradio, Jr., Alias Richard Doe, Individually and in his capacity as Superintendent of the Westerly Water Department, and The Town of Westerly.

No. 81–366–M.P.

Supreme Court of Rhode Island.

Aug. 27, 1982.

Edward M. Botelle, Westerly, DiSandro-Smith Associates, P. C., Inc., Z. Hershel Smith, Providence, for petitioner.

ORDER

Petition for Writ of Certiorari is denied without prejudice.